UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-00589-SP | Date | June 11, 2025 |
|---|---|---|---|
| Title | LIANHONG HUANG v. KIKA SCOTT, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute**

On March 5, 2025, plaintiff filed a complaint against the following defendants: Kika Scott, Director of United States Citizen and Immigration Services (USCIS); John J. Daley, Jr., USCIS District Director; and Lory Torres, USCIS Field Office Director. Under Federal Rule of Civil Procedure 4(m), plaintiff was required to serve each defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than June 3, 2025. Because the defendants to be served are employees of the United States apparently sued in their official capacity, under Federal Rule of Civil Procedure 4(i), to effect service on defendants, plaintiff was specifically required to serve the summons and complaint on: (1) the United States Attorney for the Central District of California (by delivering a copy to the United States Attorney or his designee, or by sending a copy by registered or certified mail to the Civil Process Clerk at the United States Attorney's Office for the Central District of California); (2) the United States Attorney General by sending a copy by registered or certified mail to the Attorney General of the United States in Washington, D.C.; and (3) the particular defendants by sending a copy by registered or certified mail to USCIS or the individual defendants.

The deadline for service has now passed, but plaintiff has not filed any proof of such service with the court, nor is there any other indication before the court that the complaint has been served on any defendant. As such, it appears plaintiff has failed to effect service on any named defendant.

Accordingly, plaintiff is ORDERED to show cause in writing by ***June 25, 2025***

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-00589-SP | Date | June 11, 2025 |
|---|---|---|---|
| Title | LIANHONG HUANG v. KIKA SCOTT, et al. | | |

why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendants within the required time period. Plaintiff may discharge this Order to Show Cause by filing, not later than June 25, 2025, proof of complete and proper service of the summons, complaint, and form Notice of Assignment to a U.S Magistrate Judge and Declination of Consent.

**The court warns plaintiff that failure to respond to the Order to Show Cause by June 25, 2025, or further failure to prosecute this action in accordance with court orders, may result in dismissal of this action for failure to prosecute.**